PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FILED
APR 19 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** WESTERN **DISTRICT OF TEXAS**
MIDLAND/ODESSA **DIVISION**

Michael Liscano #145436
Plaintiff's Name and ID Number

Ector County Detention Center
Place of Confinement

CASE NO. 7:24-CV-108
(Clerk will assign the number)

v.

Ector County, Texas
Defendant's Name and Address

______________________
Defendant's Name and Address

______________________
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? √ YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: 1-29-2024
2. Parties to previous lawsuit:

   Plaintiff(s) Michael Liscano

   Defendant(s) A. Ligon, Andrew Ligon, James Grissom, Tradaveon Porter, Z. Hirst, K. Vega, C. McGilvary
3. Court: (If federal, name the district; if state, name the county.) western district of Texas
4. Cause number: MO:24-CV-00003-DC
5. Name of judge to whom case was assigned: David Counts
6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending
7. Approximate date of disposition: ______

II. PLACE OF PRESENT CONFINEMENT: Ector County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

subpoena grievance reference #'s 18,079,267-12-24-23 Sgt. A ligon; reference # 18-088-097-12-25-23 Lt. A. Ligon

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Michael Liscano #145436

B. Full name of each defendant, his official position, his place of employment, *and his full mailing* address.

Defendant #1: Ector County, Texas

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Continued complaint;

right in front of single cell 2211, at 9:30 to 9:50 PM. On 12-22-2023 (view camera footage) Sgt. A. Ligon, and other officer showed up. And I was escorted to booking area padded cell# 8291 and placed in a wrap by Sgt. A. Ligon, and his officer's, with a broken rib, and barely able to breath,

1 While A. Ligon was placing me in the wrap around 9:55 PM in booking area cell 8291 Officer Cheyenne Mcgilvory was calling me a little weaso while assaulting me with the strap that goes from the knees to the chest area, Defamation of character. Deputy Karla Vega, stood directly outside booking Padded cell 8291 and at around 9:45 to 10:00 PM. on 12-22-23 Deputy Karla Vega stood facing me wearing her body camera while this was going on and Deputy Karla Vega was Yelling at me "to shut the fuck up", when I kept begging them saying "Please - yal broke my ribs" view camera footage from ECDC booking area cell 8291, on 12-22-23 from 9:40 PM. to 11:30 PM. as well as Sgt. A. Ligon, and Depluty Karla Vega's Body cam footage 12-22-23 from 9:40 PM. to 10:15 PM

2 I was taken to the MCH Hospital/Odessa the next day on 12-23-23 by Corporal Babatunde Adeluola and officer Victor Patterson at around lunch time, After being checked out by Medical staff here on the facility - Nurse, Atticuse Mose, Ms. Madrid, Nurse, Atticuse Mose told Corporal Babatunde Adeluola to tell the hospital I was only there for exray's. And I was told by Hospital "MCH" nurse Gabriella that I had

Fractured rib's, and she even got with the head nurse in the emergency room whom made a phone call to figured out if they would admitt me and treat me at the hospital. MCH decided to discharge me and the hospital nurse told me to lay on my stomach or fold a blanket and put it against my ribs to help me with the pain when I breath. I told Corporal Adeluola that I was going to file a lawsuit, while we sat in the fast track room at the hospital, so - Corporal Babatunde Adeluola sent Corporal Jasmine Soria a Text message 12-23-23 at around 3:00 PM to 4:00 PM. then he called her shortly after he texted her and when Corporal Jasmine Soria answer Corporal Adeluola's phone call - Corporal Adeluola had Corporal Soria on speaker, and asked her if she read his text's!? She told him yes - and after a moment of silence Corporal Soria said "let's go ahead and do it, This one is on me".. When the nurse at the hospital MCH discharged me she put a pack of paperwork in my hands and told me to read it, Corporal Babatunde Adeluola snatched it out of my hands before I could even look at it and told the hospital nurse I would get a copy at the jail. I never recieved my copy. And was told By Lt. Martina Cox that any

tampering

3 of 11

documents from this facility would have to be subpoenaed and denied me copies of the original hospital document as well as denied my request to copies of grievences and copies of sick calls

3 The original hospital documents were tampered with by ~~county~~ ector county employee's and medical record's even falsified by ector county detention center medical staff.

Security and medical staff have conspired to tamper with MCH hospital documents/exray's.

Ector County Dentention center administrator's allowed drunk Corporals to return to work ~~as~~ drunk and help cover up all of it. Subpoena Corporal James Grissom's Disciplinary history while working ector county detention center drunk. Gross Negligence...

I'm still being harrassed by facility Staff and retaliated against by certain officer's.

I currently have a 1983 civil suit against Ector Co. Sheriff Dept. employees Sgt. A. Ligon, Lt. A. Ligon, James Grissom, Tradaveon Porter., Zachary Hirst, Karla Vega, Cheyenne Mcgilvery.

I am filing this seperate complaint

on Ector County, Texas

Respectfully Submitted

Note: Its;
Conspiracy,
Tampering - falsifying documents, medical records
Defemation,
Gross neglegence,
Mental abuse, ectr.

Michael Viscano #145436
4-15-2024

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On this date 12-22-2023 a I was moved out of my cell by Ector County Detention center Officer's 1.) Corporal James Grissom Whom was drunk while at work - 2.) Officer Zachary Hirst, whom tried to put me in an Ad-seg cell. I sat on the floor and asked them to call thier Sgt. because I refused housing. They then restrained me, and held my legs up while a 3rd officer 3) Tradaveon Porter jumped on my back and as a result caused bodily injury beyond First aid... And broke my ribs intentionally, Knowingly, and competently

continued on writing paper

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

immediate release "time served" / $5,000.000 (5 Million dollars monitor payment)

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Michael Shane Sharkey, Michael Liscano, Flaco

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or *federal* prison or FBI numbers ever assigned to you.

TDC 986527, 792129, 849977, 1554333

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________
2. Case number: ____________
3. Approximate date warning was issued: ____________

Executed on: 4-15-24
DATE

Michael Liscano
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 15 (Day) day of 4 (month), 20 24 (year).

Michael Liscano
Michael Liscano
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Michael Liscano #145367
Ector County Detention Center
P.O. Box 331
Odessa, Texas
79760

USA FOREVER

RECEIVED

APR 19 2024

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

SCREENED BY CSO

APR 19 2024

To: Clerk, U.S. District ~~Clerk~~ Court
200 E. Wall Street, Room 222
Midland, Texas
79701

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019